

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable William J. Lawson
Secretary of State
Austin, Texas.

Dear Sir:

Opinion No. 0-4685
Re: Filing fee for an Amendment to
the Charter of a Marketing
Association.

You request the opinion of this department as to the correct filing fee to be charged for filing an amendment to a charter granted under the Marketing Association Act. Such Act is codified as Chapter 8 of Title 93, Vernon's Annotated Civil Statutes. Your specific question is whether such fee is to be collected under Article 3914 or Article 5764 of Vernon's Annotated Civil Statutes.

You state that there seems to be some conflict between the provisions of Article 3914 and Article 5764. We need not determine whether or not a conflict exists because Article 5756 contained in Chapter 8, Title 93 provides:

"Any provision of law which is in conflict with this chapter shall not be construed as applying to the associations herein provided for."

Article 5764, supra, provides:

"Each association organized hereunder shall pay * * * for filing an amendment thereto * * * Two Dollars and ($2.50) Fifty Cents."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable William J. Lawson, page 2


        We believe $2.50 to be the correct fee for
filing the amendment inquired about.


APPROVED AUG 17, 1942                    Yours very truly

(Signed) Grover Sellers              ATTORNEY GENERAL OF TEXAS

FIRST ASSISTANT                         By (Signed) Lloyd Armstrong
ATTORNEY GENERAL                                          Assistant



                                            APPROVED
                                            Opinion Committee

                                            By  RWJ
                                                    Chairman